**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
                         (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  MatlinPatterson Global Partners II LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  43-2016962

4. **Debtor's address**

   **Principal place of business**

   600  Fifth Avenue
   Number   Street

   22nd Floor

   New York      NY    10022
   City          State ZIP Code

   New York
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   P.O. Box

   _____
   City      State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City      State   ZIP Code

5. **Debtor's website** (URL)  n/a

| Debtor | MatlinPatterson Global Partners II LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

6. **Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

7. **Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 2 5 9

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor  MatlinPatterson Global Partners II LLC            Case number (if known)_____
         Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.  District _____  When ___/___/_____  Case number _____
                                           MM / DD / YYYY
           District _____  When ___/___/_____  Case number _____
                                           MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☑ Yes.  Debtor   See Attachment A           Relationship  Affiliates
            District Southern District of New York   When  ___/___/_____
                                                           MM / DD / YYYY
            Case number, if known  _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number     Street
                               _____
                               _____  _____ _____
                               City                                State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name     _____
           Phone            _____

---

**Statistical and administrative information**

| Debtor | MatlinPatterson Global Partners II LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

### 13. Debtor's estimation of available funds

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated assets

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### 16. Estimated liabilities

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/06/2021
             MM / DD / YYYY

✗ /s/ Matthew Doheny                               Matthew Doheny
Signature of authorized representative of debtor    Printed name

Title  Chief Restructuring Officer

| Debtor | MatlinPatterson Global Partners II LLC | Case number (if known) |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✗ /s/ Elisha D. Graff           Date   07/06/2021
Signature of attorney for debtor                           MM / DD / YYYY

Elisha D. Graff
Printed name

Simpson Thacher & Bartlett LLP
Firm name

425       Lexington Ave
Number    Street

New York                 NY      10017
City                           State     ZIP Code

212-455-2000              egraff@stblaw.com
Contact phone                     Email address

3945292                       New York
Bar number                        State

# ATTACHMENT A

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the related entities listed below (collectively, the "**Debtors**"), including the debtor in this chapter 11 case, will file or have filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York. Contemporaneously with the filing of their voluntary petitions, the Debtors requested procedural consolidation and joint administration of their chapter 11 cases under the case number assigned to the chapter 11 case of MatlinPatterson Global Opportunities Partners II L.P.

1. MatlinPatterson Global Opportunities Partners II L.P. (20-0028284)
2. MatlinPatterson Global Opportunities Partners (Cayman) II L.P. (20-0028246)
3. MatlinPatterson Global Opportunities Partners (SUB) II L.P. (86-3749209)
4. MatlinPatterson Global Partners II LLC (43-2016962)
5. MatlinPatterson Global Advisers LLC (13-4202931)
6. MatlinPatterson PE Holdings LLC (42-1546900)
7. Volo Logistics LLC (20-3348287)

# ATTACHMENT B

**Resolutions of MatlinPatterson Global Partners II LLC**

# RESOLUTIONS OF
# MATLINPATTERSON GLOBAL PARTNERS II LLC

### July 6, 2021

The undersigned, being the Chief Restructuring Officer of MatlinPatterson Global Partners II LLC, a Delaware limited liability company (the "**Company**"), hereby adopts the following resolutions of the Company pursuant to the Delaware Limited Liability Company Act, the Amended and Restated Operating Agreement of the Company, dated as of September 29, 2003 (the "**Operating Agreement**"), and the Written Consent of the Manager of MatlinPatterson Global Partners II LLC, dated as of May 12, 2021 (the "**CRO Resolutions**"), and directs that these Resolutions be filed with the minutes of the respective proceedings of the Company:

**WHEREAS**, the Company has determined that it is in the best interests of the Company to wind up the affairs and business activities of the Company;

**WHEREAS**, the Chief Restructuring Officer has reviewed and has had the opportunity to ask questions of and consult with the management of the Company and its advisors regarding the liabilities and liquidity of the Company and has had the opportunity to fully consider each of the strategic alternatives available to the Company;

**WHEREAS**, in furtherance of the foregoing, the Chief Restructuring Officer has determined pursuant to its duties under the CRO Resolutions that it is in the best interest of the Company to approve the following resolutions to wind up the affairs and business activities of the Company:

**NOW, THEREFORE, BE IT HEREBY**

### I. Commencement of Chapter 11 Case

**RESOLVED**, that the Chief Restructuring Officer has determined, after consultation with the management of the Company and its legal advisors, that it is desirable and in the best interests of the Company, its creditors and other parties in interest that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"); and be it further

**RESOLVED**, that the Company or any of its officers including, without limitation, Chief Restructuring Officer of the Company, Matthew Doheny (each, an "**Authorized Officer**"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to execute and file in the name and on behalf of the Company all petitions, schedules, motions, lists, applications, pleadings, and other papers in the Bankruptcy Court, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case (the "**Chapter 11 Case**"), including, without limitation, negotiating, executing, delivering and performing any and all documents, agreements, certificates and/or

instruments in connection with the transactions and professional retentions set forth in this resolution, with a view to the successful prosecution of the Chapter 11 Case; and be it further

## II. Retention of Advisors

**RESOLVED**, that the law firm of Simpson Thacher & Bartlett, LLP, located at 425 Lexington Avenue, New York, New York 10017, is hereby retained as general restructuring counsel for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the law firm of Schulte Roth & Zabel, LLP, located at 919 Third Avenue, New York, New York 10022, is hereby retained as conflicts counsel for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Altemis Capital Management LLC, located at 1056 Fifth Avenue, 17th Floor, New York, New York 10028, is hereby retained to provide a chief financial officer and accounting personnel for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of North Country Capital, LLC, located at 215 Washington Street, Suite 0006, Watertown, New York 13601, is hereby retained to provide a chief restructuring officer for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Kurtzman Carson Consultants LLC, located at 2335 Alaska Ave., El Segundo, California 90245, is hereby retained as claims and noticing agent and administrative advisor for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code in the Chapter 11 Case, and, in connection therewith, each Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and be it further

## III. General

**RESOLVED,** that any Authorized Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Officer shall be or become necessary, proper, or desirable in connection with the Chapter 11 Case; and be it further

**RESOLVED**, that any actions taken by any Authorized Officer, for or on behalf of the Company, prior to the date hereof that would have been authorized by these resolutions but for the fact that such actions were taken prior to the date hereof be, and they hereby are, authorized, adopted, approved, confirmed and ratified in all respects as the actions and deeds of the Company.

[Signature Page Follows]

IN WITNESS WHEREOF, the undersigned has executed these resolutions of the Company as of the date first written above.

           Name:  Matt Doheny
           Title:   Chief Restructuring Officer

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| In re: | Chapter 11 |
| MatlinPatterson Global Opportunities Partners II L.P., *et al.*, | Case No. 21-_____ (____) |
| Debtors.[1] | (Joint Administration Pending) |

**DEBTORS' CORPORATE OWNERSHIP STATEMENT PURSUANT TO**
**FED. R. BANKR. P. 1007(a)(1) AND LOCAL BANKRUPTCY RULE 1007-3**

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules, MatlinPatterson Global Opportunities Partners II L.P., on behalf of itself and certain of its affiliates as debtors in the above-captioned Chapter 11 Case (the "***Debtors***") hereby represents as follows:

*All Debtors – Publicly Traded Securities*

None of the Debtors directly or indirectly owns ten percent (10%) or more of any class of equity of a corporation whose securities are publicly traded.

*MatlinPatterson PE Holdings LLC*

1. 100% of the equity of MatlinPatterson PE Holdings LLC is directly owned by MatlinPatterson LLC.

*MatlinPatterson Global Advisers LLC*

2. 100% of the equity of MatlinPatterson Global Advisers LLC is directly owned by MatlinPatterson PE Holdings LLC.

*MatlinPatterson Global Partners II LLC*

3. 100% of the equity of MatlinPatterson Global Partners II LLC is directly owned by MatlinPatterson PE Holdings LLC.

4. MattlinPatterson Global Partners II LLC owns a partnership interest in, and is the general partner of, MatlinPatterson Global Opportunities Partners II L.P. and MatlinPatterson Global Opportunities Partners (Cayman) II L.P. and MatlinPatterson Global Opportunities Partners (SUB) II L.P., all Debtor entities.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: MatlinPatterson Global Opportunities Partners II L.P. (8284); MatlinPatterson Global Opportunities Partners (Cayman) II L.P. (8246); MatlinPatterson Global Partners II LLC (6962); MatlinPatterson Global Advisers LLC (2931); MatlinPatterson PE Holdings LLC (6900); Volo Logistics LLC (8287); MatlinPatterson Global Opportunities Partners (SUB) II L.P. (9209). The location of the Debtors' address is: 600 Fifth Avenue, 22nd Floor; New York, New York 10022.

### *MatlinPatterson Global Opportunities Partners II L.P.*

5. On information and belief, a corporate pension fund owns ten percent (10%) or more of the equity interests of MatlinPatterson Global Opportunities Partners II L.P.[2]

6. On information and belief, no other entity directly or indirectly owns ten percent (10%) or more of the equity interests of MatlinPatterson Global Opportunities Partners II L.P. and, in accordance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules, and there are no other entities to be disclosed herein.

### *MatlinPatterson Global Opportunities Partners (Cayman) II L.P.*

7. On information and belief, each of (i) a subsidiary of a state-owned corporation and (ii) a foreign pension company owns ten percent (10%) or more of the equity interests of MatlinPatterson Global Opportunities Partners (Cayman) II L.P.[3]

8. On information and belief, no other entity directly or indirectly owns ten percent (10%) or more of the equity interests of MatlinPatterson Global Opportunities Partners (Cayman) II L.P., and, in accordance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules, there are no other entities to be disclosed herein.

### *MatlinPatterson Global Opportunities Partners (SUB) II L.P.*

9. On information and belief, each of (i) a subsidiary of a state-owned corporation and (ii) a foreign pension company owns ten percent (10%) or more of the equity interests of MatlinPatterson Global Opportunities Partners (SUB) II L.P.[4]

10. On information and belief, no other entity directly or indirectly owns ten percent (10%) or more of the equity interests of MatlinPatterson Global Opportunities

---

[2]  Pursuant to various confidentiality arrangements with the limited partners of MatlinPatterson Global Opportunities Partners II L.P., descriptions of the entity that holds ten percent (10%) or more of the equity interests of MatlinPatterson Global Opportunities Partners II L.P. is set forth above instead of the entity's name. The Debtors have filed a motion requesting authority to redact the names and addresses of the limited partners from all documents filed with the court, including this Corporate Ownership Statement. Pursuant to that motion, unredacted copies of this Corporate Ownership Statement will be provided to the Court and the Office of the United States Trustee for the Southern District of New York (the "*U.S. Trustee*").

[3]  Pursuant to various confidentiality arrangements with the limited partners of MatlinPatterson Global Opportunities Partners (Cayman) II L.P., descriptions of the two entities that each hold ten percent (10%) or more of the equity interests of MatlinPatterson Global Opportunities Partners (Cayman) II L.P. are set forth above instead of the entity's name. The Debtors have filed a motion requesting authority to redact the names and addresses of the limited partners from all documents filed with the court, including this Corporate Ownership Statement. Pursuant to that motion, unredacted copies of this Corporate Ownership Statement will be provided to the Court and the U.S. Trustee.

[4]  Pursuant to various confidentiality arrangements with the limited partners of MatlinPatterson Global Opportunities Partners (Cayman) II L.P., the predecessor of MatlinPatterson Global Opportunities Partners (SUB) II L.P., descriptions of the two entities that each hold ten percent (10%) or more of the equity interests of MatlinPatterson Global Opportunities Partners (SUB) II L.P. are set forth above instead of the entity's name. The Debtors have filed a motion requesting authority to redact the names and addresses of the limited partners from all documents filed with the court, including this Corporate Ownership Statement. Pursuant to that motion, unredacted copies of this Corporate Ownership Statement will be provided to the Court and the U.S. Trustee.

Partners (SUB) II L.P., and, in accordance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules, there are no other entities to be disclosed herein.

### *Volo Logistics LLC*

11. 100% of the equity of Volo Logistics LLC is directly owned by Oskars Investments Ltd., a non-debtor affiliate of the Debtors. Volo Logistics LLC and Oskars Investments Ltd. are indirectly owned by Debtor entities MatlinPatterson Global Opportunities Partners II L.P. and MatlinPatterson Global Opportunities Partners (Cayman) II L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MatlinPatterson Global Opportunities Partners II L.P., *et al.*, | ) | Case No. 21-_____ (___) |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Pending) |
| | ) | |

## DEBTORS' LIST OF EQUITY SECURITY HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(A)(3)

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, MatlinPatterson Global Opportunities Partners II L.P., on behalf of itself and certain of its affiliates as debtors in the above-captioned Chapter 11 Cases (the "***Debtors***") hereby represents as follows:

| Debtor | Equity Security Holder(s) | Kind of Interest | Number/% of Interests Held |
|---|---|---|---|
| **MatlinPatterson PE Holdings LLC** | MatlinPatterson LLC | Membership | 100% |
| **MatlinPatterson Global Advisers LLC** | MatlinPatterson PE Holdings LLC | Membership | 100% |
| **MatlinPatterson Global Partners II LLC** | MatlinPatterson PE Holdings LLC | Membership | 100% |
| **MatlinPatterson Global Opportunities Partners II L.P.** | MatlinPatterson Global Partners II LLC | Partnership Interest (General Partner) | 1.14% |
| **MatlinPatterson Global Opportunities Partners II L.P.** | Limited Partners (not listed[2]) | Partnership Interest (Limited Partners) | 98.86% |
| **MatlinPatterson Global Opportunities Partners (Cayman) II L.P.** | MatlinPatterson Global Partners II LLC | Partnership Interest (General Partner) | 1.26% |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: MatlinPatterson Global Opportunities Partners II L.P. (8284); MatlinPatterson Global Opportunities Partners (Cayman) II L.P. (8246); MatlinPatterson Global Partners II LLC (6962); MatlinPatterson Global Advisers LLC (2931); MatlinPatterson PE Holdings LLC (6900); Volo Logistics LLC (8287); MatlinPatterson Global Opportunities Partners (SUB) II L.P. (9209). The location of the Debtors' address is: 600 Fifth Avenue, 22nd Floor; New York, New York 10022.

[2] The Debtors are requesting a waiver from the requirement to file a list of the limited partner equity security holders for this entity.

| Debtor | Equity Security Holder(s) | Kind of Interest | Number/% of Interests Held |
|---|---|---|---|
| **MatlinPatterson Global Opportunities Partners (Cayman) II L.P.** | Limited Partners (not listed[3]) | Partnership Interest (Limited Partners) | 98.74% |
| **MatlinPatterson Global Opportunities Partners (SUB) II L.P.** | MatlinPatterson Global Partners II LLC | Partnership Interest (General Partner) | 1.26% |
| **MatlinPatterson Global Opportunities Partners (SUB) II L.P.** | Limited Partners of MatlinPatterson Global Opportunities Partners (Cayman) II L.P. (not listed[4]) | Partnership Interest (Limited Partners) | 98.74% |
| **Volo Logistics LLC** | Oskars Investments Ltd. | Membership Interest | 100% |

---

[3] The Debtors are requesting a waiver from the requirement to file a list of the limited partner equity security holders for this entity.

[4] The Debtors are requesting a waiver from the requirement to file a list of the limited partner equity security holders for this entity.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MatlinPatterson Global Opportunities Partners II L.P., *et al.*, | ) | Case No. 21-_____ (\_\_\_) |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Pending) |
| | ) | |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## FIVE LARGEST SECURED CLAIMS

The following is a list of those creditors holding the five largest secured claims against the Debtors, on a consolidated basis, as of the Petition Date. This list has been prepared from the books and records of the Debtors for filing in the Debtors' Chapter 11 Cases.

| Name of Creditor and Contact Information | Claim Amount | Debt Type | Collateral |
|---|---|---|---|
| **MP II Preferred Partners L.P.**<br>600 Fifth Avenue<br>22nd Floor<br>New York, NY 10022<br>Telephone: 212-651-9500<br>Fax: 212-651-4010<br>Email: matlin@matlinpatterson.com<br>Attn: David Matlin | $57,965,995.00 | Intercompany Notes | Assets and accounts of MatlinPatterson Global Opportunities Partners II L.P., MatlinPatterson Global Opportunities Partners (Cayman) II L.P., and MatlinPatterson Global Opportunities Partners (SUB) II L.P. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: MatlinPatterson Global Opportunities Partners II L.P. (8284); MatlinPatterson Global Opportunities Partners (Cayman) II L.P. (8246); MatlinPatterson Global Partners II LLC (6962); MatlinPatterson Global Advisers LLC (2931); MatlinPatterson PE Holdings LLC (6900); Volo Logistics LLC (8287); MatlinPatterson Global Opportunities Partners (SUB) II L.P. (9209). The location of the Debtors' address is: 600 Fifth Avenue, 22nd Floor; New York, New York 10022.

| | Fill in this information to identify the case: |
|---|---|
| Debtor name | MatlinPatterson Global Opportunities Partners II L.P., et al. |
| United States Bankruptcy Court for the: | Southern District of New York (State) |
| Case number (If known): | _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GOL Linhas Aereas S.A. (formerly VRG Linhas Aereas S.A.) Avenida Vinte de Janeiro s/n Passenger Terminal No. 2 Rio de Janeiro International Airport Rio de Janeiro, Brazil | Attn: Richard Lark Telephone: +55 11 2128-4700 Fax: +55 11 3169 6245 Email: ri@voegol.com.br | Litigation | disputed; contingent | | | $60,000,000.00 |
| 2 | Varig Logistica S.A. Rua Gomes de Carvalho, no. 1609 Vila Olimpia Sao Paulo FL 33130 Brazil | ADJUD Administradores Judiciais Ltd., Trustee Attn: Vânio Cesar Pickler Aguiar Telephone: +55 11 2533 Email: adjud@adjud.com.br | Litigation | disputed; contingent; unliquidated | | | unliquidated |
| 3 | HJDK Aeroespacial S/A Aquillino La Guardia, no. 08 IGRA Building Panama City, Panama | Licastro & Focaccia Sociedade de Advogados Counsel to HJDK Aeroespacial S/A Telephone: +55 11 3062-1432 E-mail: contato@licastroadvogados.com.br | Litigation | disputed; contingent; unliquidated | | | unliquidated |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor _____ Case number (*if known*)_____
       *Name*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

**Fill in this information to identify the case and this filing:**

Debtor Name: MatlinPatterson Global Opportunities Partners II L.P., et al.

United States Bankruptcy Court for the: Southern District of New York
(State)

Case number (If known): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Corporate Ownership Statement; Electronic Creditor Matrix; Schedule of 5 Largest Secured Claims

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/06/2021
MM / DD / YYYY

✗ /s/ Matthew Doheny
Signature of individual signing on behalf of debtor

Matthew Doheny
Printed name

Chief Restructuring Officer
Position or relationship to debtor